OCTOBER 11, 1984

No. A–253. BRILEY *v.* BOOKER, WARDEN. Application for stay of execution, which is scheduled for 11 p.m. on Friday, Octo-

---

ber 12, 1984, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and a petition for writ of certiorari and would vacate the death sentence in this case.